**Electronically Filed
Supreme Court
SCWC-21-0000536
24-MAY-2024
02:13 PM
Dkt. 7 ODAC**

SCWC-21-0000536

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

(CAAP-21-0000536; CIVIL NO. 1DRC-21-0002121 (consolidated))

STUART B. GLAUBERMAN,
by his Managing Agent KFG Properties, Inc.,
Respondent/Plaintiff-Appellee,
vs.
CELESTE M. GONSALVES,
Petitioner/Defendant-Appellant.

-------------------------------------------

(CAAP-21-0000545; CIVIL NO. 1DRC-21-0001879 (consolidated))

STUART B. GLAUBERMAN and VICKY RAMIL,
Respondents/Plaintiffs-Appellees,
vs.
CELESTE M. GONSALVES,
Petitioner/Defendant-Appellant.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The application for writ of certiorari filed on April 18, 2024, by Petitioner/Defendant-Appellant Celeste M. Gonsalves is hereby rejected.

DATED: Honolulu, Hawai'i, May 24, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

